ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-831 C |
| THE UNITED STATES | ) | Judge__________ |
| Defendant. | ) | |

**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

Pursuant to Rule 65 of the Rules of The Court of Federal Claims, International Management Services, Inc., moves the Court for a preliminary injunction pending a final determination of merits by this Court and a permanent injunction enjoining the U.S. Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from issuing any task orders pursuant to or permitting or directing Aegis Mission Essential Personnel, LLC to proceed with performance of any contract issued pursuant to solicitation No. W911W4-05-R-0006 for U.S. Army Linguist Translation and Interpretation Support for Operation Enduring Freedom in Afghanistan. A Memorandum of Points and Authorities in Support of Plaintiff's Motion is filed herewith.

DATE: November 28, 2007

Respectfully submitted,

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, International Management Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Plaintiff's Motion for Preliminary and Permanent Injunctions to be served on this 28th day of November 2007, by electronic means on the following:

David D'Alessandris, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-0139
Fax: 202-514-8624
david.d'alessandris@usdoj.gov

Laurel A. Hockey
Cohen and Mohr, LLP
Counsel to Aegis Mission Essential Personnel, LLC
1055 Thomas Jefferson Street, NW, Suite 504
Washington, DC 20007
Phone: 202-342-2500
Fax: 202-342-6147
lhockey@cohenmorh.com

John Isgrigg, III
Contracting Officer
USA INSCOM
8825 Beulah Street
Fort Belvoir, VA 22060
Phone: 703-428-4565
Fax: 703-428-4914
john.isgriggiii@us.army.mil

Richard D. Lieberman