ORIGINAL

FILED
NOV 2 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | 07-831 C<br>CFC No. ________<br><br>Judge___________ |

**RULE 7.1 DISCLOSURE STATEMENT**

International Management Services, Inc., Plaintiff in this action, hereby states that it has no parent corporation, and that there is no publicly held corporation that owns 10 percent or more of its stock.

DATE: November 28, 2007

Respectfully submitted,

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, International Management Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Rule 7.1 Disclosure Statement to be served on this 28th day of November 2007, by electronic means on the following:

David D'Alessandris, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-0139
Fax: 202-514-8624
david.d'alessandris@usdoj.gov

Laurel A. Hockey
Cohen and Mohr, LLP
Counsel to Aegis Mission Essential Personnel, LLC
1055 Thomas Jefferson Street, NW, Suite 504
Washington, DC 20007
Phone: 202-342-2500
Fax: 202-342-6147
lhockey@cohenmorh.com

John Isgrigg, III
Contracting Officer
USA INSCOM
8825 Beulah Street
Fort Belvoir, VA 22060
Phone: 703-428-4565
Fax: 703-428-4914
john.isgriggiii@us.army.mil

Richard D. Lieberman