IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-831C |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David D'Alessandris as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David D'Alessandris
David D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0282
Fax: (202) 514-8624
E-mail: David D'Alessandris@usdoj.gov

Dated: November 28, 2007

CERTIFICATE OF FILING

I hereby certify that on November 28, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David D'Alessandris