# In the United States Court of Federal Claims

No. 07-831 C
(Filed: November 29, 2007)

***********************************
INTERNATIONAL MANAGEMENT SERVICES, INC. *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

Plaintiff filed a complaint and a motion for preliminary and permanent injunctions in the above-captioned postaward bid protest yesterday, November 28, 2007. Upon the court's receipt of the case, the undersigned's judicial assistant contacted the parties and the potential intervenor to schedule the initial status conference pursuant to RCFC Appendix C, § IV.

As agreed to by counsel, the initial status conference is scheduled for **Thursday, November 29, 2007, at 11:00 a.m**. The court will contact the parties and the potential intervenor to initiate the conference call.

A courtesy copy of this order will be faxed to: Laurel A. Hockey, Cohen Mohr LLP, attorney for potential intervenor Aegis Mission Essential Personnel, LLC, at (202) 342-6147.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge