# In the United States Court of Federal Claims

No. 07-831 C
(Filed: November 29, 2007)

```
***********************************
INTERNATIONAL MANAGEMENT        *
SERVICES, INC.                  *
                                *
                Plaintiff,      *
                                *
 v.                             *
                                *
THE UNITED STATES,              *
                                *
                Defendant.      *
***********************************
```

## ORDER

The court held an initial status conference in the above-captioned postaward bid protest on November 29, 2007. After conferring, the parties shall file a joint status report **no later than 5:00 p.m. on Friday, November 30, 2007**, containing the following information:

- The date by which defendant shall file the administrative record.[1]

- The scope of the briefs in response to plaintiff's motion for a preliminary and permanent injunction. Specifically, the parties shall indicate whether the briefs will encompass only the issues of standing and justiciablity, or will also encompass the merits of plaintiff's motion for a preliminary injunction.

- A proposed briefing schedule, including a date and time for oral argument.

In addition, defendant shall file a motion for the entry of a protective order **no later than 5:00 p.m. on Friday, November 30, 2007**. Also, during the status conference, potential intervenor indicated that it intended to file an unopposed motion to intervene before the end of the day.

---

[1] As discussed at the status conference, defendant shall file the administrative record on CD-ROM. Defendant shall also provide to chambers two copies of the CD-ROM. Additionally, defendant shall provide bound paper copies of those portions of the administrative record upon which it relies when it files its brief. Plaintiff and potential intervenor shall also provide chambers with bound paper copies of any portion of the administrative record that defendant has not already provided to which they refer in their briefs.

A courtesy copy of this order will be faxed to: Laurel A. Hockey, Cohen Mohr LLP, attorney for potential intervenor Aegis Mission Essential Personnel, LLC, at (202) 342-6147.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge