# In the United States Court of Federal Claims

No. 07-831 C
(Filed: November 30, 2007)

| | |
|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC. | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On November 30, 2007, counsel for Aegis, Mission Essential Personnel LLC, filed an unopposed motion to intervene in the above-captioned postaward bid protest. The unopposed motion to intervene is **GRANTED**. The clerk is directed to add Aegis, Mission Essential Personnel LLC as an intervenor.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge