# In the United States Court of Federal Claims

No. 07-831 C
(Filed: November 30, 2007)

*************************************
INTERNATIONAL MANAGEMENT SERVICES, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

AEGIS, MISSION ESSENTIAL PERSONNEL LLC,

Defendant-Intervenor.
*************************************

## ORDER

On November 30, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion for a Protective Order. Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge