**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-831 C |
| THE UNITED STATES | ) | (Judge Sweeney) |
| Defendant. | ) | |

**DEFENDANT'S[1] STATUS REPORT**

Pursuant to this Court's order dated November 29, 2007 defendant respectfully submits this status report. Counsel for plaintiff and intervenor have reviewed this status report and join in its contents.

The Government represents to the Court that during the pendency of the Court of Federal Claims' consideration of the request for injunctive relief, submitted by International Management Services, Inc. ("IMS"), the United States Army shall not issue any orders under the protested Aegis contract unless the contracting officer makes a written finding that urgent and compelling circumstances that significantly affect interests of the United States will not permit waiting for the decision of the Court on the injunction. If services are presently available under an existing contract, other than the contract with L-3 Titan Corporation, the existing contractor will not be replaced. If the contracting officer makes such a finding, the Government shall provide a copy to all parties.

---

[1] Defendant is aware that this Court's order requested a Joint Status Report; however, defendant was not able to obtain the necessary signatures in time to meet the filing deadline.

Based upon the Government's representation, the parties respectfully propose the following schedule for disposition of the standing and justiciability issues:

December 4, 2007 Government files Administrative Record ("AR")

December 6, 2007 Government Motion to Dismiss For Lack of Standing and Justiciability

December 12, 2007 Plaintiff and Intervenor's Response to Government Motion

December 17, 2007 Government Reply

December 21, 2007 (Subject to Court's Availability) Oral Argument

The parties are prepared to provide a schedule for consideration of IMS' combined request for preliminary and permanent injunctive relief after the standing issue has been addressed by the Court.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0139

November 30, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, a copy of the forgoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris