# In the United States Court of Federal Claims

No. 07-831 C
(Filed: December 3, 2007)

***********************************
INTERNATIONAL MANAGEMENT SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

AEGIS, MISSION ESSENTIAL PERSONNEL LLC,

Defendant-Intervenor.
***********************************

**ORDER**

On November 30, 2007, defendant filed a status report in the above-captioned case on behalf of all parties. According to the status report:

> The Government represents to the Court that during the pendency of the Court of Federal Claims' consideration of the request for injunctive relief, submitted by International Management Services, Inc. ("IMS"), the United States Army shall not issue any orders under the protested Aegis contract unless the contracting officer makes a written finding that urgent and compelling circumstances that significantly affect interests of the United States will not permit waiting for the decision of the Court on the injunction. If services are presently available under an existing contract, other than with contract with L-3 Titan Corporation, the existing contractor will not be replaced. If the contracting officer makes such a finding, the Government shall provide a copy to all parties.

With that representation from defendant, the parties agreed to the following briefing schedule, which the court will adopt:

- Defendant shall file the administrative record, on CD-ROM, **no later than Tuesday, December 4, 2007**. In addition, **no later than 5:00 p.m. that same day**, defendant shall provide chambers with two copies of the CD-ROM.

- Defendant shall file a motion to dismiss for lack of standing and justiciability **no later than Thursday, December 6, 2007**. In addition, **no later than 5:00 p.m. that same day**, defendant shall provide chambers with bound paper copies of those portions of the administrative record upon which it relies in its brief.

- Plaintiff and defendant-intervenor shall file responses to defendant's motion to dismiss **no later than Wednesday, December 12, 2007**. In addition, **no later than 5:00 p.m. that same day**, plaintiff and defendant-intervenor shall provide chambers with bound paper copies of any portion of the administrative record upon which they rely in their briefs and that defendant has not already provided to the court.

- Defendant shall file a reply in support of its motion to dismiss **no later than Monday, December 17, 2007**.

- The court will hear argument on defendant's motion to dismiss on **Friday, December 21, 2007, at 10:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge