# United States Court of Federal Claims

**Bid Protest**

| | | |
|---|---|---|
| International Management Services, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-831C |
| v. | ) | |
| | ) | Judge Sweeney |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED ADMISSIONS TO PROTECTIVE ORDER**

Plaintiff respectfully requests that to the extent that any party in this proceeding objects to Counsels' admission to the November 30, 2007 Protective Order, pursuant to Section 5, such objection, or lack thereof, be filed by the close of business on December 3, 2007. Plaintiff also respectfully requests that to the extent possible, Richard D. Lieberman and Nicole S. Allen, be admitted to the protective order prior to the submission of the Agency Record on December 4, 2007.

Respectfully submitted,

DATE: December 3, 2007

_______/s/________________

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, International Management Services, Inc.