# In the United States Court of Federal Claims

No. 07-831 C
(Filed: December 4, 2007)

***********************************
INTERNATIONAL MANAGEMENT SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

AEGIS, MISSION ESSENTIAL PERSONNEL LLC,

Defendant-Intervenor.
***********************************

## ORDER

On December 3, 2007, plaintiff in the above-captioned case filed Plaintiff's Motion for Expedited Admissions to Protective Order. However, plaintiff failed to sign the motion as required by RCFC 11(a) and Appendix E. Accordingly, the court **STRIKES** the motion. Plaintiff need not refile the motion, as the applications to which the motion refers will be granted under separate cover.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge