# In the United States Court of Federal Claims

No. 07-831 C
(Filed: December 4, 2007)

*************************************
INTERNATIONAL MANAGEMENT SERVICES, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant, *

and *

AEGIS, MISSION ESSENTIAL PERSONNEL LLC, *

Defendant-Intervenor. *
*************************************

## ORDER

On December 3, 2007, Richard D. Lieberman and Nicole S. Allen each filed an Application for Access to Information Under Protective Order by Outside or Inside Counsel. Mr. Lieberman, one of the counsel of record in this case, is a member of the bar of the United States Court of Federal Claims; however, Ms. Allen is not a member of the bar of this court. Mr. Lieberman and Ms. Allen function solely as legal counsel for plaintiff and are not involved in competitive decision-making. Mr. Lieberman orally represented to chambers that neither defendant nor defendant-intervenor objected to his application or the application of Ms. Allen.

Under the protective order, paragraph 3, legal counsel for a party to the lawsuit are permitted access to the protected information covered by the protective order. Therefore, the applications of Mr. Lieberman and Ms. Allen are **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge