IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07-831<br>Judge M. Sweeney |

UNOPPOSED MOTION OF AEGIS, MISSION ESSENTIAL PERSONNEL LLC TO REPLACE APPLICATION FOR ACCESS FILED BY BRYAN T. BUNTING

Aegis, Mission Essential Personnel ("Aegis"), by counsel, respectfully seeks to replace the Application for Access to Information under Protective Order by Outside Counsel, Bryan T. Bunting, filed on December 3, 2007, with the attached new Application for Access to Information under Protective Order, signed by Mr. Bunting on December 4, 2007. In his original Application, Mr. Bunting inadvertently asserted that he is a member of the United States Court of Federal Claims. In fact, he is not. The attached new Application corrects that misstatement. Both the Government and Plaintiff's counsel have indicated to the undersigned that they have no objections.

Respectfully submitted,

s/Laurel A. Hockey

Laurel Hockey
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record Aegis, Mission Essential Personnel LLC

Of Counsel:

John O'Brien
David S. Cohen
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 4, 2007

Notice of Filing

I hereby certify that on December 4, 2007, a copy of the foregoing UNOPPOSED MOTION OF AEGIS, MISSION ESSENTIAL PERSONNEL LLC, TO REPLACE THE APPLICATION FOR ACCESS FILED BY BRYAN T. BUNTING, together with the APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Laurel A. Hockey