# In the United States Court of Federal Claims

No. 07-831 C
(Filed: December 4, 2007)

************************************
INTERNATIONAL MANAGEMENT SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

AEGIS, MISSION ESSENTIAL PERSONNEL LLC,

Defendant-Intervenor.
************************************

**ORDER**

On December 3, 2007, counsel for defendant-intervenor, Laurel A. Hockey, filed an Application for Access to Information Under Protective Order by Outside or Inside Counsel, along with similar applications for John J. O'Brien, David S. Cohen, Russell J. Gaspar, C. Kelly Kroll, and Bryan T. Bunting. Then, on December 4, 2007, counsel for defendant-intervenor filed an unopposed motion to replace the application of Mr. Bunting. The unopposed motion is **GRANTED**.

Ms. Hockey is one of the counsel of record in this case, and all of the attorneys, with the exception of Mr. Bunting, are members of the bar of the United States Court of Federal Claims. In addition, all of the attorneys function solely as legal counsel for plaintiff and are not involved in competitive decision-making. Ms. Hockey orally represented to chambers that neither plaintiff nor defendant objected to her application or the applications of Mr. O'Brien, Mr. Cohen, Mr. Gaspar, Ms. Kroll, and Mr. Bunting.

Under the protective order, paragraph 3, legal counsel for a party to the lawsuit are permitted access to the protected information covered by the protective order. Therefore, the

applications of Ms. Hockey, Mr. O'Brien, Mr. Cohen, Mr. Gaspar, Ms. Kroll, and Mr. Bunting are **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge