IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-831C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AEGIS, MISSION ESSENTIAL PERSONNEL LLC, | ) | |
| Defendant-Intervenor. | ) | |

NOTICE OF FILING THE ADMINISTRATIVE RECORD UNDER SEAL

Pursuant to this Court's order dated November 29, 2007, and the provisions of Rule 52.1 of the Rules of the United States Court of Federal Claims (the "RCFC"), defendant, the United States, hereby files the administrative record in this case. The administrative record is filed under seal pursuant to the protective order issued by the Court on November 30, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0139

December 4, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 4, 2007, a copy of the forgoing "NOTICE OF FILING THE ADMINISTRATIVE RECORD UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, I certify, under penalty of perjury, that on December 4, 2007, I caused to be served copies of the Administrative Record addressed as follows:

By hand:

Richard Lieberman
McCarthy, Sweeney & Harkaway, P.C.
Suite 600
2175 K Street, N.W.
Washington, DC 20037

By overnight mail:

Laurel Hockey
Cohen Mohr, LLP
1055 Thomas Jefferson Street, Suite 504
Washington, D.C. 20007

s/ David D'Alessandris