# In the United States Court of Federal Claims

No. 07-831 C
(Filed: December 19, 2007)

***********************************
INTERNATIONAL MANAGEMENT SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

AEGIS, MISSION ESSENTIAL PERSONNEL LLC,

Defendant-Intervenor.
***********************************

## ORDER

On December 17, 2007, defendant in the above-captioned case filed Defendant's Reply in Support of Defendant's Motion to Dismiss for Lack of Standing and Non-Justiciability. However, defendant failed to sign the reply as required by RCFC 11(a) and Appendix E. Accordingly, the court **STRIKES** the reply. Defendant shall file a properly signed reply **no later than Thursday, December 20, 2007, at 5:00 p.m**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge