# In the United States Court of Federal Claims

**No. 07-831 C**

**INTERNATIONAL MANAGEMENT SERVICES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed December 21, 2007, granting Defendant's Motion to Dismiss pursuant to RCFC 12(b)(1) for lack of jurisdiction.

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**December 21, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.