**UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant,<br>and<br>AEGIS, MISSION ESSENTIAL PERSONNEL, LLC,<br>Defendant-Intervenor. | ) | No. 07-831 C<br>Judge Margaret M. Sweeney |

INTERVENOR AEGIS, MISSION ESSENTIAL PERSONNEL, LLC'S NOTICE REGARDING REDACTIONS TO COURT OPINION

On behalf of the Intervenor, Aegis Mission Essential Personnel, LLC, the undersigned has reviewed the Court's Opinion dated December 21, 2007, in the above referenced case, which Opinion was filed under seal. The undersigned has not identified any protected information in the Court's Opinion and therefore requests no redactions to the Court's Opinion prior to its public release.

Respectfully submitted,

s/Laurel Hockey

Laurel Hockey
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147
Attorney of Record for Aegis, Mission Essential Personnel, LLC

Of Counsel:
John O'Brien
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550

Dated: January 2, 2008

Notice of Filing

I hereby certify that on January 2, 2008, a copy of INTERVENOR AEGIS, MISSION ESSENTIAL PERSONNEL, LLC'S NOTICE REGARDING REDACTIONS TO COURT OPINION was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Laurel A. Hockey