IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-831C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AEGIS, MISSION ESSENTIAL PERSONNEL LLC, | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S RESPONSE TO COURT ORDER DATED DECEMBER 21, 2007

Pursuant to this Court's opinion and order dated December 21, 2007, defendant, the United States, has reviewed the Court's slip opinion which was filed under seal. Defendant has not identified any confidential information in the Court's opinion, and does not request the redaction of any information.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0139

January 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 4, 2008, a copy of the forgoing "DEFENDANT'S RESPONSE TO COURT ORDER DATED DECEMBER 21, 2007" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris