**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| INTERNATIONAL MANAGEMENT SERVICES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-831C |
| THE UNITED STATES | ) | Judge Sweeney |
| Defendant, | ) | |
| and | ) | |
| AEGIS MISSION ESSENTIAL PERSONNEL, LLC, | ) | |
| Defendant-Intervenor. | ) | |

**PLAINTIFF'S NOTICE REGRADING REDACTIONS TO COURT ORDER DATED DECEMBER 21, 2007**

Pursuant to this Court's Opinion and Order, dated December 21, 2007, the Plaintiff, International Management Services, Inc., has reviewed the slip Opinion, which was filed under seal. Plaintiff has not identified any confidential information in the Court's Opinion, and does not request the redaction of any information prior to its public release.

Respectfully submitted,

__/s/ Richard D. Lieberman________

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, International Management Services, Inc.

Dated: January 7, 2008